```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


   United States of America,      ) Criminal Action
                                   ) No. 21-cr-208
                 Plaintiff,        )
                                   ) JURY TRIAL - DAY 5
   vs.                             ) AFTERNOON SESSION
                                   )
   Thomas Webster,                 ) Washington, DC
                                   ) April 29, 2022
                 Defendant.        ) Time:  1:15 p.m.
   _____

                  TRANSCRIPT OF JURY TRIAL
                       HELD BEFORE
             THE HONORABLE JUDGE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE
   _____

                    A P P E A R A N C E S

   For Plaintiff:    Hava Mirell
                     U.S. Attorney's Office
                     312 N. Spring Street, Suite 1200
                     Los Angeles, CA  90012
                     (213) 894-0717
                     Email:  Hava.mirell@usdoj.gov

                     Katherine Nielsen
                     DOJ-CRM, Fraud Section
                     1400 New York Avenue, NW
                     Washington, DC  20530
                     (202) 355-5736
                     Email:  Katherine.nielsen@usdoj.gov

                     Brian P. Kelly
                     U.S. Attorney's Office
                     555 Fourth Street, NW, Suite 3816
                     Washington, DC  20530
                     (202) 252-7503
                     Email:  Brian.kelly3@usdoj.gov

   For Defendant:    James E. Monroe
                     Dupee & Monroe, P.C.
                     211 Main Street
                     Goshen, NY  10924
                     (845) 294-8900
                     Email: Marina@dupeemonroelaw.com
```

```
 1    ████████████████████████████████████
 2    ███████████████████████████████████████
 3    ██████████████████████████████████████
 4    ███████████████████████████████████████
 5    ████████████
 6              An object is a deadly or dangerous weapon if it is
 7    capable of causing serious bodily injury or death to another
 8    person and the defendant used it in that manner.  In
 9    determining whether the object is a deadly or dangerous weapon
10    you may consider both physical capabilities of the object used
11    and the manner in which the object is used.
12              All right.  That's Count One.  Count Two and the rest
13    of them will be a little easier.
14                     ████████████████████████████
15    █████████████████████████████████████
16    ██████████████████████████████████████
17    ███████████████████████████████████████
18    ████████████████████████████████████
19                ███████████████████████████████
20    ███████████████████████████████████████
21    █████████████████████████████████ ██████
22    ██████████████████████████████████
23    ████████████████████████████ █████████████
24    ████████████████████████████████
25    ██████████████████████ ███████████████
```