UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>          Defendant. | Case No. 21-cr-40-8-TNM |

**DEFENDANT STEVEN CAPPUCCIO'S CORRECTIONS AND OBJECTIONS TO THE PRE-SENTENCE REPORT**

Steven Cappuccio, through counsel, pursuant to 18 U.S.C. §3553(a), Rule 32 of the Federal Rules of Criminal Procedure, and Section 6A1.3 of the advisory United State Sentencing Guidelines ("USSG"), states that he has reviewed the Pre-Sentence Report (PSR) and offers the following factual corrections and objections to the PSR' guidelines range.

I.

Mr. Cappuccio pled not guilty to the Indictment and was tried by this Court. For purposes of preserving his rights on appeal, Mr. Cappuccio maintains his innocence. He therefore does not admit to any fact in the PSR that suggests

otherwise unless that fact reflects a stipulation of the parties at trial. As the PSR expressly relies on the Government's Trial Brief, *see* PSR ¶ 14, Mr. Cappuccio, as he did at trial, offers an account contrary to that of the Government but for purposes of efficiency relies on this Court's factual findings at trial as the governing offense conduct description.

II. Factual Corrections

PSR ¶ 94. The PSR reads "defendant Cappuccio has not submitted signed releases of information; therefore, independent verification requests have not been forwarded." Mr. Cappuccio sent signed releases via email to Probation Officer Baker on September 12, 2023. The releases were sent via e-mail again on October 10, 2023.

PSR ¶ 114. The PSR reads "A review of PSADC automated records did reveal any mental health services." It appears this statement should be "did not reveal." As Paragraph 113 describes treatment reported by Mr. Cappuccio, and it is unclear precisely what would be expected in the automated records, Mr. Cappuccio objects to the characterization of his treatment to the extent the reference to the absence of information in this automated system implies deception on his part.

PSR ¶ 124. The PSR reads "Shirts, Texas." The correct spelling is "Shertz, Texas."

PSR ¶¶ 127, 128. The PSR indicates in PSR ¶ 127 that Mr. Cappuccio owns one vehicle, a 2005 Mercury Minivan. PSR ¶ 128 lists eight (8) vehicles 'registered' in Mr. Cappuccio's name. It is unclear how a historical listing of vehicles dating back to a 1985 model vehicle is relevant to the PSR. Registration is not synonymous with present ownership. If the Paragraph is intended to imply Mr. Cappuccio presently holds title to multiple vehicles and his reported property suggests concealment of assets, then Mr. Cappuccio objects to the implication.

        Respectfully submitted,

        Maureen Scott Franco
        Federal Public Defender
          /S/
        MARINA THAIS DOUENAT
        Assistant Federal Public Defender
        Western District of Texas
        300 Convent, Suite 2300
        San Antonio, TX 78205
        *Attorney for Defendant*