UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 21-CR-40 (TNM) |
| **PATRICK MCCAUGHEY ET. AL.,** | |
| Defendants. | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney, Kaitlin Klamann, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
IL Bar No. 6316768
Kaitlin.klamann@usdoj.gov
(202) 252-6778