# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3061**  **September Term, 2024**

**1:21-cr-00040-TNM-1**

**Filed On: January 27, 2025** [2096820]

United States of America,

    Appellee

  v.

Patrick Edward McCaughey, III,

    Appellant

## M A N D A T E

    In accordance with the order of January 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Link to the order filed January 27, 2025