# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3061**                      **September Term, 2024**

**1:21-cr-00040-TNM-1**

**Filed On:** January 27, 2025

United States of America,

       Appellee

       v.

Patrick Edward McCaughey, III,

       Appellant

     **BEFORE:**     Millett, Wilkins, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to vacate conviction and remand for dismissal, it is

**ORDERED** that the judgment of the district court be vacated and the case be remanded with instructions to dismiss the case as moot. See <u>United States v. Schaffer</u>, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                 BY:     /s/
                               Michael C. McGrail
                               Deputy Clerk